IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F45 TRAINING PTY, LTD., et al. ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 20-cv-1194-WCB |
| BODY FIT TRAINING USA INC., et al. ) | |
| Defendant. ) | |

## DEFENDANTS' BILL OF COSTS

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, District of Delaware Local Rule 54.1, 28 U.S.S. §§ 1920-24, and the Final Judgment in this action (D.I. 208), Defendants Body Fit Training USA Inc. and BFT Franchise Holdings LLC (collectively, "BFT"), as the prevailing parties, submit this Bill of Costs. BFT submits contemporaneously herewith the Declaration of Stephen Marshall, and exhibits thereto.

**I.    LEGAL STANDARD**

Pursuant to Rule 54(d), "costs—other than attorney's fees—should be allowed to the prevailing party." D. Del. Local Rule 54.1 similarly provides that "[u]nless otherwise ordered by the Court, the prevailing party shall be entitled to costs," in accordance with 28 U.S.C. §§ 1920, 1921, and 1923. Categories of taxable costs include, *inter alia*, (1) transcript fees; (2) deposition costs; and (5) exemplification and copies of papers. 28 U.S.C. §§ 1920, (2), (3), (4), and LR 54.1(b)(2), (3), (4), (5), and (11). "Together, § 1920, Federal Rule 54, and Local Rule 54.1 create a 'strong presumption' that costs should be awarded to the prevailing party." *Intellectual Ventures I LLC v. Trend Micro Inc.*, No. 12-cv-1581-LPS, 2020 WL 1245125, at *2 (D. Del. Mar. 16, 2020).

## II.     BFT IS THE PREVAILING PARTY

There can be no dispute that BFT is the prevailing party in this action because the Court in relevant part granted BFT's motion for summary judgment and entered a Final Judgment finding invalid all asserted claims of F45's U.S. Patent No. 10,143,890. (D.I. 208.)  Additionally, the parties' jointly stipulated to dismissal of F45's appeal.  (*See* D.I. 215.)  As a result of the Final Judgment, BFT is the prevailing party, and now seeks to recover its costs under Rule 54(d) and L.R. 54.1.  BFT respectfully requests a total of $56,134.38 in costs taxable under 28 U.S.C. § 1920, which should be assessed against F45.

## III.    BFT'S TAXABLE COSTS

### A.     Transcript Costs

BFT seeks reimbursement of $3,426.10 for the transcripts of the oral argument held on June 25, 2021, the claim construction and motion hearing held on February 18, 2022, the telephone hearing held August 3, 2022, and the summary judgment hearing held on November 9, 2022.  These transcripts were "necessarily obtained for use in the case," and are thus taxable. *Walker Digital, LLC v. Google, Inc.*, 2016 WL 1553974, at *6 (D. Del. Apr. 12, 2016) (taxing costs for trial and pretrial hearings and teleconference transcripts); *Cloud Farm Assocs., L.P. v. Volkswagen Grp. Of Am., Inc.*, No. 10-cv-502-LPS, 2018 WL 4603264, at *4 (D. Del. Sep. 25, 2018) (same).  The taxable transcript costs incurred by BFT are listed below:

| Event | Date | Transcript Cost | Exhibit[1] |
|---|---|---|---|
| Claim Construction and Motion Hearing | February 18, 2022 | $782.10 | A-1 |
| Teleconference to Resolve Discovery Disputes | June 15, 2022 | $977.32 | A-2 |
| Telephone Conference | August 3, 2022 | $520.00 | A-3 |
| Summary Judgment Hearing | November 9, 2022 | $1,146.68 | A-4 |

B.  **Deposition Costs**

Deposition costs, even those "taken solely for discovery purposes," are recoverable when they are reasonable and necessary to an effective defense of the matter. LR 54.1; 10-54 MOORE'S FED. P. CIV. § 54.103; *Cloud Farm*, 2018 WL 4603264, at *4; *Walker Digital*, 2016 WL 1553974, at *4. Recoverable costs include those for recording the depositions by stenographic and videographic means, the booking of conference rooms, and shipping and handling of transcripts. *Intellectual Ventures*, 2020 WL 1245125, at *5. It was reasonably necessary for BFT to obtain deposition transcripts and video recordings to prepare for summary judgment and for trial, including to develop core case themes, and prepare for cross-examination and impeachment of the witnesses. *See Lab'y Skin Care Inc. v. Ltd. Brands, Inc.,* No. 06-cv-601-LPS, 2016 WL 1266564, at *4 (D. Del. Mar. 30, 2016). In particular, a substantial portion of the deposition transcripts set forth below, for which BFT seeks to recover, were cited in BFT's briefs in support of its motion for summary judgment, on which the Court issued its memorandum

---

[1] All Exhibit numbers in this Bill of Costs refer to exhibits to the Declaration of Stephen Marshall, submitted contemporaneously herewith.

opinion finding all asserted claims invalid.[2] *See Apeldyn Corp. v. Sony Corp.*, No. 11-cv-440-SLR/SRF, 2016 WL 4064726, at *2 (D. Del. July 27, 2016) (granting costs associated with depositions that "were necessarily and substantially used to resolve material issues in the case"). BFT does not seek to recover for deposition transcripts that were not cited in connection with its motion for summary judgment.

The taxable deposition costs incurred by BFT total $51,953.88, as listed below:

| **Witness** | **Date** | **Purpose of Deposition** | **Cost of Deposition** | **Exhibit** |
|---|---|---|---|---|
| Luke Armstrong | April 26, 2022 | F45 fact witness; discovery related to invalidity and noninfringement; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting: $6,866.80<br><br>Videography: $3,795.00 | B-1.1<br><br><br><br>B-1.2 |
| Joshua Oliver | April 29, 2022 | F45 fact witness; discovery related to invalidity and noninfringement; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting: $4,966.15<br><br>Videography: $1,545.00 | B-2.1<br><br><br><br>B-2.2 |

---

[2] Judges in this district have "exercise[d] their discretion differently" when awarding costs for depositions. *Apeldyn*, 2016 WL 4064726, at *1. While "the mere fact that a deposition was taken solely for discovery purpose should not absolutely preclude taxation of those expenses as costs" provided that "the deposition appeared to be reasonably necessary when taken," *Lab'y Skin Care*, 2016 WL 1266564, at *3 (quoting MOORE'S FED. P. CIV. § 54.103), BFT does not seek to recover its costs with other depositions taken in this case.

| Witness | Date | Purpose of Deposition | Cost of Deposition | Exhibit |
|---|---|---|---|---|
| Justin Fisher | May 3, 2022 | BFT fact witness; discovery related to non-infringement and case defense; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting: $1,826.15<br><br>Videography: $ 1,775.95 | B-3.1<br><br>B-3.2 |
| Ben Plain | May 4, 2022 | F45 fact witness; discovery related to invalidity and noninfringement; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting: $2,108.93 | B-4.1 |
| Elliot Capner | May 18, 2022 | F45 fact witness; discovery related to invalidity and noninfringement; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting: $2,965.83<br><br>Videography: $2,025.00 | B-5.1<br><br>B-5.2 |
| Adam Gilchrist | May 27, 2022 | F45 fact witness; discovery related to invalidity and noninfringement; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting $3,283.05<br><br>Videography: $1,555.00<br><br>Conference Room: $663.40 | B-6.1<br><br>B-6.2<br><br>B-6.3 |
| Lou DeFrancisco | May 29, 2022 | BFT fact witness; discovery related to non-infringement and case defense; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting: $2,540.20 | B-7.1 |

| Witness | Date | Purpose of Deposition | Cost of Deposition | Exhibit |
|---|---|---|---|---|
| Henry Houh | August 26, 2022 | Expert retained by F45, invalidity and noninfringement; cited in BFT's Opening Brief in Support of Motion for Summary Judgment. | Court Reporting: $5,096.80<br><br>Videography: $2,472.70 | B-8.1<br><br>B-8.2 |
| Bryan O'Rourke | September 1, 2022 | Expert retained by F45, invalidity; cited in BFT's Reply Brief in Support of Motion for Summary Judgment | Court Reporting: $5065.42<br><br>Videography: $3,402.50 | B-9.1<br><br>B-9.2 |

### C.     Exemplification Costs

Pursuant to 28 U.S.C. § 1920(4) and Local Rule 54.1(b)(5), BFT is further entitled to certain electric discovery costs. *See Deere & Co. v. Duroc LLC*, 650 F. App'x 779, 782 (Fed. Cir. 2016) ("e-discovery costs incurred in procedures required by the ESI Agreement are within the scope of § 1920"); *Apeldyn*, 2016 WL 4064726, at *2 ("The Third Circuit allows the taxation of e-discovery costs, albeit limited to the costs associated with those tasks and processes which are the functional equivalent of 'making copies.") (holding that file converting, Bates labeling, and costs of producing documents for e-discovery are taxable).

Here, the parties entered an agreement regarding procedures for handling and producing discovery (D.I. 31), and pursuant to that agreement, BFT produced more than 12,000 pages over the course of the litigation. BFT is entitled to its costs associated with data processing, OCR scanning, TIFF conversions, the production of load files, and Bates labeling. These costs amount to $754.40, as set forth in the table below.

| Date | E-Discovery Activity | Cost | Exhibit |
|---|---|---|---|
| Jan. 2022 | Data Ingestion and Processing | $20.20 | C-1 |
| Feb. 2022 | Data Ingestion, Processing, and Production | $133.80 | C-2 |
| Apr. 2022 | Data Ingestion and Processing | $10.20 | C-3 |
| May 2022 | Data Ingestion, Processing, and Production | $31.30 | C-4 |
| Jun. 2022 | Data Ingestion, Processing, and Production | $558.90 | C-5 |

IV.   **CONCLUSION**

BFT respectfully requests the Court grant its Bill of Costs and enter an award in BFT's favor in the amount of $56,134.38 in taxable costs pursuant to 28 U.S.C. §§ 1920-1924, Rule 54(d) of the Federal Rules of Civil Procedure, and District of Delaware Local Rule 54.1.

Dated: May 1, 2022

OF COUNSEL:

Indranil Mukerji
Stephen A. Marshall
WILLKIE FARR & GALLAGHER
LLP 1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1190

Eugene L. Chang
Devon W. Edwards
Derek Biehn
WILLKIE FARR & GALLAGHER
LLP 787 Seventh Ave
New York, NY 10019-6099
Telephone: (212) 728-8988

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Robert M. Vrana*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Robert M. Vrana, Esquire, hereby certify that on May 1, 2023, I caused a copy of the foregoing document to be served, via email, on the following parties:

Rodger D. Smith II
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
*rsmith@morrisnichols.com*
*cclark@morrisnichols.com*

Jonathan Weinberg
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
*jweinberg@klsaw.com*

Thomas J. Friel, Jr.
Noah Stid
King & Spalding LLP
601 South California Avenue, Suite 100
Palo Alto, CA 94304
*tfriel@kslaw.com*
*nstid@kslaw.com*

James P. Brogan, Esquire
Angela C. Tarasi, Esquire
King & Spalding LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
*jbrogan@kslaw.com*
*atarasi@kslaw.com*

Abby L. Parsons, Esquire
King & Spalding LLP
1100 Louisiana, Suite 4100
Houston, TX 77002-5213
*aparsons@kslaw.com*

*Attorneys for Plaintiff*

27073138.1

2

                                         YOUNG CONAWAY STARGATT
                                            & TAYLOR, LLP

                                        */s/ Robert M. Vrana*
                                        Adam W. Poff (No. 3990)
                                        Robert M. Vrana (No. 5666)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware  19801
                                        (302) 571-6600
                                        *apoff@ycst.com*
                                        *rvrana@ycst.com*

                                        *Attorneys for Defendants Body Fit Training USA Inc. and*
                                        *BFT Franchise Holdings LLC*

Dated: May 1, 2023

27073138.1