IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F45 TRAINING PTY, LTD., et al.,<br><br>  Plaintiff,<br><br>v.<br><br>BODY FIT TRAINING USA INC., et al.,<br><br>  Defendant. | C.A. No. 20-cv-1194-WCB |

**DECLARATION OF STEPHEN MARSHALL IN SUPPORT OF
DEFENDANTS' BILL OF COSTS**

I, Stephen Marshall, declare as follows:

1. I am a partner at the law firm of Willkie Farr & Gallagher LLP ("Willkie") and counsel for Defendants Body Fit Training USA Inc. and BFT Franchise Holdings LLC (collectively, "BFT"), on whose behalf I have appeared in the above-captioned matter.

2. I submit this declaration in support of Defendants' Bill of Costs. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

3. I have specifically reviewed the records maintained by Willkie for the costs and expenses incurred by BFT in this matter. The costs included in BFT Bill of Costs are correctly stated and were necessarily incurred in this action. Moreover, the services for which the fees have been charged were actually and necessarily performed.

4. BFT incurred expenses of $3,426.10 for transcripts of the oral hearing of the *Markman* hearing, the summary judgment hearing, and all other pretrial hearings, and claims these costs as taxable under 28 U.S.C. § 1920(2) and D. Del. LR 54.1(b)(2) and/or (11), and the

authority identified in BFT's Bill of Costs.  Obtaining these transcripts was reasonably necessary to ensure compliance with the Court's rulings, and to have a record of the parties' statements, arguments, and admissions.  Attached as Exhibits A-1 through A-4 are true and accurate copies of BFT's invoices for court transcripts taken in this case, reflecting the aforementioned costs.

5. BFT incurred expenses of $51,953.88 for depositions, including court reporter and videographer costs, transcript costs, and costs associated with booking conference rooms for deposition, and claims these costs as taxable under 28 U.S.C. § 1920(2) and D. Del. LR 54.1(b)(3) and/or (11), and the authority identified in Defendants' Bill of Costs.  Each of these depositions was used in the resolution of a material issue in the case, and were also necessary to develop BFT's theories of noninfringment and invalidity of the patent-in-suit.  In particular, for each of the depositions for which BFT seeks to recover costs, BFT cited the corresponding transcript in either its Opening or Reply briefs in support of its motion for summary judgment.  Attached as Exhibits B-1.1 through B-9.2 are true and accurate copies of BFT's invoices for depositions taken in this case, reflecting the aforementioned costs.

6. BFT incurred expenses of $754.40 for e-discovery costs incurred for the purposes of copying and exemplification, including data ingestion, processing and production, and claims these costs as taxable under 28 U.S.C. § 1920(4) and D. Del. LR 54.1(b)(5) and/or (11).  The charges incurred were necessary for the defense of this action, and BFT seeks only to recover those activities which are the functional equivalent of "making copies."  Attached as Exhibits C-1 through C-5 are true and accurate copies of BFT's invoices for e-discovery in this case, reflecting the aforementioned costs.

      7.     Costs related to "time" (*i.e.*, "intellectual effort") are not sought. Only "soft" costs, which are those costs necessary to comply with the Default Standard, are sought as taxable costs. These costs total $$56,134.38.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Washington, DC
               April 28, 2022

                                           /s/ Stephen Marshall
                                           Stephen Marshall

## CERTIFICATE OF SERVICE

I, Robert M. Vrana, Esquire, hereby certify that on May 1, 2023, I caused a copy of the foregoing document to be served, via email, on the following parties:

Rodger D. Smith II
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
*rsmith@morrisnichols.com*
*cclark@morrisnichols.com*

Jonathan Weinberg
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
*jweinberg@klsaw.com*

Thomas J. Friel, Jr.
Noah Stid
King & Spalding LLP
601 South California Avenue, Suite 100
Palo Alto, CA 94304
*tfriel@kslaw.com*
*nstid@kslaw.com*

James P. Brogan, Esquire
Angela C. Tarasi, Esquire
King & Spalding LLP
1400 16th Street
16 Market Square, Suite 400
Denver, CO 80202
*jbrogan@kslaw.com*
*atarasi@kslaw.com*

Abby L. Parsons, Esquire
King & Spalding LLP
1100 Louisiana, Suite 4100
Houston, TX 77002-5213
*aparsons@kslaw.com*

*Attorneys for Plaintiff*

27073138.1

                                          YOUNG CONAWAY STARGATT
                                            & TAYLOR, LLP

                                        */s/ Robert M. Vrana*
                                        Adam W. Poff (No. 3990)
                                        Robert M. Vrana (No. 5666)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware  19801
                                        (302) 571-6600
                                        *apoff@ycst.com*
                                        *rvrana@ycst.com*

                                        *Attorneys for Defendants Body Fit Training USA Inc. and*
                                        *BFT Franchise Holdings LLC*

Dated: May 1, 2023

27073138.1